UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| HOSPITALITY HOLDING OF MISSISSIPPI, LLC, | CASE NO. 24-50387-KMS |
| DEBTOR. | CHAPTER 11 |

**APPEARANCE OF COUNSEL**

Jones Walker LLP of Jackson, Mississippi enters its appearance as counsel of record for Yieldi LLC in the above-referenced bankruptcy proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth herein.

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by electronic mail, United States postal service, ECF notification, delivery, telephone, facsimile or otherwise, which affect the Debtor or property of the Debtor.

DATED: March 25, 2024.

        Respectfully submitted,

        YIELDI LLC

        By Its Attorneys,
        JONES WALKER LLP

        */s/ Kristina M. Johnson*

Kristina M. Johnson, MSB #9382
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4785
Telecopy  (601) 949-4804
Email  kjohnson@joneswalker.com

#102164831v1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

>Office of U. S. Trustee
>USTPRegion05.JA.ECF@usdoj.gov
>
>Patrick A. Sheehan, Esq.
>Pat@sheehanramsey.com

DATED: March 25, 2024.

>/s/ Kristina M. Johnson

2

#102164831v1