UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

HOSPITALITY HOLDING OF MISSISSIPPI, LLC,    CASE NO. 24-50387-KMS

DEBTOR.    CHAPTER 11

### CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

In accordance with Miss. Bankr. L.R. 9010-1(b)(1)(C), the undersigned certify in connection with the Motion for Admission *Pro Hac Vice* **[Dkt. #14]** that attorney Jonathan A. Moore has read and is familiar with the Uniform Local Rules of the United States Bankruptcy Courts for the Southern District of Mississippi.

SO CERTIFIED.

DATED: March 26, 2024.

    Respectfully submitted,
    YIELDI LLC

    By Its Attorneys,
    JONES WALKER LLP


    */s/ Kristina M. Johnson*

Kristina M. Johnson, MSB #9382
**JONES WALKER LLP**
3100 North State Street, Suite 300 (39216)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4785
Telecopy  (601) 949-4804
Email   kjohnson@joneswalker.com

#102166631v1

        Respectfully submitted,

        YIELDI LLC

        By Its Attorneys,
        TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

        */s/ Jonathan A. Moore*

Jonathan A. Moore (#34686)
**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821
Phone: (225) 387-3221
Fax: (225) 346-8049
jonathan.moore@taylorporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

        Office of U. S. Trustee
        USTPRegion05.JA.ECF@usdoj.gov

        Patrick A. Sheehan, Esq.
        Pat@sheehanramsey.com

DATED: March 26, 2024.

        */s/ Kristina M. Johnson*