

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 1, 2024**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

HOSPITALITY HOLDING OF MISSISSIPPI, LLC,       CASE NO. 24-50387-KMS

DEBTOR.                                                                   CHAPTER 11

### ORDER APPROVING MOTION FOR ADMISSION *PRO HAC VICE*

This day there came on for consideration the Motion for Admission *Pro Hac Vice* **[Dkt. #14]** ("**Motion**") filed by Yieldi LLC in the above-referenced chapter 11 case. The Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Jonathan A. Moore be admitted to practice in this Bankruptcy Court for the purpose of appearing in the instant case as set forth in the Motion, including any adversary proceedings which may arise in connection with such case.

### **END OF ORDER**

Submitted by:

*/s/ Kristina M Johnson*
Counsel for Yieldi LLC
JONES WALKER LLP
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4785
Telecopy: (601) 949-4804
kjohnson@joneswalker.com

#102166628v1