**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN RE:  HOSPITALITY HOLDING OF MISSISSIPPI, LLC     NO. 24-50387 KMS
         DEBTOR                                                            CHAPTER 11

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, PATRICK A. SHEEHAN, and the law firm of Sheehan & Ramsey, PLLC, attorneys of record for the Debtor, and move to withdraw as counsel and would show as follows:

1. Debtor has advised that it is terminating representation by Sheehan in this case, and will engage substitute counsel.

Therefore, Sheehan requests permission to withdraw as counsel for the Debtor, and that the Debtor be afforded adequate time in which to engage new counsel.

                                                      Respectfully submitted,

                             BY:  /s/ Patrick A. Sheehan
                                   PATRICK A. SHEEHAN
                                   SHEEHAN & RAMSEY, PLLC

Patrick A. Sheehan, Attorney for Debtor
Sheehan & Ramsey, PLLC
429 Porter Ave.
Ocean Springs, MS 39564
(228) 875-0572
MS Bar No. 6747

## CERTIFICATE OF SERVICE

I, the undersigned Patrick A. Sheehan, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: all ECF participants; and I hereby certify that I have mailed by U.S. Postal Service the documents to the following non-ECF participants: none.

This the 3rd day of July, 2024.

                             BY:  /s/ Patrick A. Sheehan
                                   PATRICK A. SHEEHAN