

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 19, 2024**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| Hospitality Holding of Mississippi, LLC, | CASE NO. 24-50387 KMS |
| DEBTOR(S). | CHAPTER 11 |

To:   Patrick A. Sheehan, Esq.
      Hospitality Holding of Mississippi, LLC, Debtor In Possession

<u>ORDER TO SHOW CAUSE</u>

YOU ARE HEREBY ORDERED to appear on August 1, 2024, at 1:30 p.m., in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why the above-styled case should not be dismissed for failure to file the Chapter 11 Plan of Reorganization.

##END OF ORDER##